**Phil M. GOLDWATER v. UNITED STATES of America.**

No. 157.

Circuit Court of Appeals, Tenth Circuit.

Sept. 7, 1929.

C. R. Hollingsworth, U. S. Atty., of Salt Lake City, Utah.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Dismissed September 7, 1929, on motion.

**GRAND BEACH COMPANY, Landowners' Association, and Charles S. Abbott v. Frank G. GARDNER, Trustee, and Grand Rapids Trust Company, Receiver.**

No. 5406.

Circuit Court of Appeals, Sixth Circuit.

April 17, 1930.

See, also, 29 F.(2d) 481; 34 F.(2d) 836.

Campbell, Dewey, Stanton & Bushnell, of Detroit, Mich., for appellants.

Travis, Merrick, Johnson & Judd and Knappen, Uhl & Bryant, all of Grand Rapids, Mich., for appellees.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

**In the Matter of Joseph GREENBERG and William H. Brauman, Individually and as Copartners, Trading under the Firm Name and Style of Greenberg & Brauman, Bankrupts-Appellants.**

No. 307.

Circuit Court of Appeals, Second Circuit.

May 5, 1930.

Michael I. Winter, of New York City, for bankrupts.

William C. Rittenberg, of New York City, for trustee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM:

Order affirmed on authority of Oriel v. Russel (1929) 278 U. S. 358, 49 S. Ct. 173, 73 L. Ed. 419.

**Arthur GROVES v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5563.

Circuit Court of Appeals, Sixth Circuit.

Nov. 4, 1929.

Chas. E. Donaghy, of Washington, D. C., for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for respondent.

**GUARANTY STATE SAVINGS & LOAN CO. v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5567.

Circuit Court of Appeals, Sixth Circuit.

Feb. 12, 1930.

H. W. Nauts, of Toledo, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Remanded to Board of Tax Appeals pursuant to stipulation of counsel.